**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CR228** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **KRISTA MINK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Krista Mink (Mink) to schedule a drug screening (Filing No. 20).  The motion is granted and Pretrial Services shall have Mink screened for placement in a substance abuse treatment program.

**IT IS SO ORDERED.**

DATED this 22nd day of July, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge